Good morning, dear listeners. May it please the Court, Dr. Joshua Carver, who was born in North Carolina, North Carolina, then Jamaica, is going to reserve two minutes for rebuttal. Your Honor, in 1991, Mr. Lyons, a pro-state state, told the immigration judge that he wanted to reopen his original proceedings in fact, instead of going to court. In fact, every year in the IJ, Mr. Lyons, when he presented his judicial recommendations against deportation, he asked for a significant refusal of the relevant IJ members. Your Honor, my child is still there tonight. Oh, hello, Your Honor. The IJ tried to deport Mr. Lyons, didn't it? Oh, yes, Your Honor. But this is not that you need to do in 1983. This is all about the re-election that took place in 1985. Mr. Lyons was removed from the court in 1989, and Mr. Lyons in 1983. Your Honor, what's there in 1983 goes one way or the other. It has nothing to do with the IJ. It must be real. It must have been a different solution than deportation, and that's not a very good thing. Your Honor, I have no idea. In 1989, we were taking a flight home from New York to New York. In 1989, Oregon, Virginia, and New Jersey. On a phase 2 Ohio stay, urging that you write out a recording again, the memed claimed that you lied, and he did, but I am being in a military geography entitlement for it. And in part because of personal injury, because the case got reared in the United States, he got nerve grain terribly badly beaten in the head by a defensive Really? Yes, Your Honor. And in so, of you that passed personal injury and the officials, he was the one that came to me and said, I'm going to send you back to your country, to process your case with me, if not, send me to the U.S. Department of Defense. How could those who are seeking to keep your body, keep your career? Very exciting. Mr. Lyons, in reentry in the United States, without permission, was killed. So, Ohio's Georgia court, found that he is under constitutional obligation So, we're not talking about this. We're talking about he did not follow those agreements until 71 years after his initial release proceedings. And now I would say that somehow, he has every right to get over the fact that he was delayed, simply because he was deported in 1989, and he was deported in 1991. And if you're still having difficulty understanding, does that already exactly show who his bill was intended for? I will point you to a applying what he classified on MKS1, In 1991, it was the motion to repeal St. Lyons. So, in 1991, at the time of his up here, before lady took his bill to line at repeal Shepard, he didn't appear to option for next one. Well, it was a motion before... In May 2015, they reopened this bill, the motion to repeal St. Lyons. And the other option was, that actually at the board of the secretary of state, the immigration secretary, he was given a power to examine three individuals who were involved in the Supreme Court and show them what was their intent. I don't understand that. That's one of the questions. I don't know. One of the people I know, he's a good friend of the Supreme Court, he's worked in the White House. One of the only people who worked in the White House was a good friend of St. Lyons. The one in the Supreme Court, he was working in New York. And that is because the immigration judge in 1981 told St. Lyons that St. Lyons no longer existed in the United States. No longer existed in New York. And that was the way that the Supreme Court was looking at this bill through. I think the period that you're looking at is maybe not the right period. From 1983 until 1981, St. Lyons absolutely felt that he didn't actually exist in New York. And I think this is supported in the Supreme Court. Issued a decision in 1985. New York didn't put St. Lyons in control at any point in time. They didn't chair a court of judge. And St. Lyons was just trying to challenge the underlying borders. He was told by the judge that the only option was to follow that road, that messaging from the immigration judge and who later formed the CIA and founded the IAEA, which we all care, both of which generally are suggesting that he didn't actually exist in New York until 1989, which is the period where he was in prison. Well, you're right. He didn't exist in New York until 1989, which is the period in which he was in prison. Right. He didn't exist in New York until 1989, which is the period in which he was in prison.  in the 1983-1984 law, he had a false claim that he didn't exist in New York and that 1983-1989 he was in Japan politically. Right. And when he's in California, he's already been ordered to court in New York. I was thinking, why don't you just shut up and just let him go to court in any way other than in 1983 that there's anything to do with the border around here because in 1988-1984 they didn't want to put a policy to remove him. Well, that's true. In 1989, he produced a book about his thoughts on continuing to take the law to his head. But shortly after that, when he got to New York, so in January of 1989, he was ordered to court for the second time in April. On April 4th of 1989, he received a trial and 20 days later, despite the fact that Fairchild knew about the trial and Mr. Lyons was a suspect. With no charges, 20 days later, he was ordered to court the same day in 1983. He was ordered to court the same day in 1983 in July of 1983 and nothing to do with 1983. There are arguments about Mr. Lyons and other people in America who think that he was doing this in 1988. We haven't heard from him since the beginning of the 70s or that he was doing this in 1988 and that's why we haven't heard from him since 1983. There's a lot of speculation about how he got into jail and how he was able to get out of jail and come back and be able to work and help but we don't have any evidence at this point of his being able to work and help so we don't have any evidence at this point of his being able to work    evidence at this point of his being able to work at all. So we need to come together and we need to come together in this committee and share what's the way that he was able to get out of jail and come back and discuss this case. Let me  that way. 都    Let me take it that way. No, it's just not happening . In my opinion, I don't believe that you are watching this and we're going to that alone. Now, what he had to do was to change tax. So all these changes that he had done that have helped us become better countrymen, in some ways, and part of a new born country. He said, okay now tell me what is really happening?  If it's something I'm comfortable with and appropriate is it passes through me and I can, I'm neutral? All of this period, there is no indication, there's no way to argue with this, that you're not interacting with people during that period. We know that he re-entered the country in 1944 for the first time in 2006. He realized that he, in that way, when he had other options available to him, he did not need to be treated as an exception. If we go through a whole series of letters, which are not all, but he believes that he wrote letters to the international and to the precarious nations. What are these letters like? Because of all the issues that have been covering, with respect to getting information to a Christian or a Muslim, we don't have copies of the letters and we don't have copies of the correspondence boxes that you may have received. With respect to this place, about the 1991 hearing, I would note that virtually all of the arguments in the hearing today were addressed by Starr on December 24th, 1991, in addition to the interpretation of the records. At that time, the board addressed all of the issues that you hear is raising now about the 1991 hearing. The board adjourned to 91, and Mr. Waters, who collateralized back his 83rd order, but he did not show any sort of security of justice, which is a required standard. As well, the agency's decision, page 800, is surely indisportable without regard to the compliance of the previous. My observation is that, with respect to the 89th order, it was a lawful order, having nothing to do with the previous. The pre-removal, the pre-removal conviction, the JRAD, you just may have noticed that the sentence of the JRAD was issued in April of 89, and the JRAD was removed 48 weeks later. That's true, but the JRAD has something to do with the 89th removal. Moreover, as the court billed it last Friday, the county did not pursue a JRAD within 30 days after his conviction. That JRAD issue, 45 years later, is still going. Now, we'll see how this goes. That was 85.3.2. It's a division in the Senate. Actually, it's not 284 of the record. It's March of 89. You can see it on the training file, pushing through JRAD, which is a criminal agreement on April 4th, 1989. In order for the JRAD to be removed from the JRAD, the JRAD failed to fight for the possibility of a JRAD. So, I have that in the record. It's 284, March of 89. It's what's on the training file. You can see it, which is a criminal agreement on April 4th, 1989. March 89. And JRAD, 44 years after the court ordered the term in January of 85, is the year that the JRAD was removed from the JRAD. So, it's 283.4. The issue of JRAD was a significant issue. I believe, let me just correct the record quickly. That's not actually what happened. The immigration judge didn't say it in his file. This is only available to me. So, it means that the immigration judge in 1994, he also advised me of the status of the law in 354 and 355 of the record. It states that re-opening would not be an appropriate remedy during the in-patient meeting and the out-of-patient meeting. So, you have to change it for your criminal conviction at 335, the record of the immigration judge said. Your criminal conviction has absolutely nothing to do with the in-patient meeting. He, of course, filed with Mr. Lyons, filed for an adjustment with Mr. Lyons. Mr. Lyons is very, very clear. He was quite clear at that point in time that he wanted to file a motion to re-open. He was quite clear on the people at the door that he wanted to file a motion to re-open. The board adopted his claim that the decision from December 24, 2003, under the record stated that you are removed from the JRAD directive. You remain deferrable. And the only available relief that he sought from the board was a form of waiver that simply would have you under the circumstances that you need to wait for. It was considered illegal. In the interest of tonality, I find that these proceedings may want to require Mr. Lyons to pursue the challenge in the 91 order from the immigration judge to the board, to the sister, and only when he wants to challenge the 91 proceeding for the sister. And he did file a motion to re-open the 83 proceeding before the court, creating time for these proceedings to be done. Mr. Lyons offered no alternative. In the 83, he did not issue a warrant. He was lawfully prosecuted, carrying out the JRAD directive, and he remained deferrable because of his consequences. He was pressured to file the immigration law. He was not the only one in the board who acted well with him. He was also pressured to file the immigration law. Thank you very much. One of the reasons that I'm here today is because I would like to thank you all for your time today. I know that you may want to take a few minutes to think about what you want to do. And I know that you may want to take your first steps as you do those, and celebrate your success. Thank you.
judges: Bea, N.R. Smith, Robreno